REC'D APR - 3 2008

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 97-15-2 |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| LACY EDWARD SNEAD | ...hern District of Iowa | Cedar Rapids |

**FILED**
4-7-08
APR 0 7 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

...E OF SENTENCING JUDGE
...e Honorable Michael J. Melloy, U.S. Circuit Judge

| ...S OF PROBATION/SUPERVISED ...E | FROM 01/29/2007 | TO 01/28/2012 |
| --- | --- | --- |

OFFENSE    21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846 - Conspiracy to Distribute Cocaine Base "Crack Cocaine" a Schedule II Controlled Substance
18 U.S.C. § 1956 - Conspiracy to Commit Money Laundering

08CR   251

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_2/26/08_
*Date*

*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 5 2008

*Effective Date*

*United States District Judge*

A TRUE COPY ATTEST

BY
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
MAR 3 1 2008
DATE:

JUDGE GOTTSCHALL

MAGISTRATE JUDGE NOLAN



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                    312-435-5698

**March 31, 2008**

Nothern District of Iowa
Mr. Robert L. Phelps II, Clerk
United States District Court                       REC'D APR - 3 2008
Federal Building and United States
Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Dear Clerk:

**Re:  CR 97-15-2    USA v. Lacy Edward Snead      Judge Michael J. Melloy**

Our Case Number: 08 CR 251  - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Marsha E. Glenn
Deputy Clerk

Enclosure

CLOSED, REASSIGNED

# U.S. District Court
# Northern District of Iowa (Cedar Rapids)
# CRIMINAL DOCKET FOR CASE #: 1:97-cr-00015-LRR-2
# Internal Use Only

Case title: USA v. Snead, et al

Other court case number: 2:97-mj-01067 0755 INTERIN

Date Filed: 04/24/1997

Date Terminated: 02/23/1998

Assigned to: Chief Judge Linda R Reade

Referred to: Chief Magistrate John A Jarvey

## Defendant (2)

**Lacy E Snead**
*TERMINATED: 02/23/1998*
*also known as*
Tony Pearson
*also known as*
Craig Pettersen
*also known as*
Lemont Johnson
*also known as*
Tony Wright

represented by **Leslie E Stokke**
Leslie E. Stokke Law Office
225 Second Street SE
Suite 310
**ECF
Cedar Rapids, IA 52401-1400
319 364 8580
Fax: 363 4851
Email: les-stokkelaw@qwest.net
*TERMINATED: 02/23/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk
By: _____

## Pending Counts

21:846(21:841(a)(1) & 841(b)(1)(A).F
CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE
(1s)

18:1956(a)(1)(A)(I),(a)(1)(B)(I) &
1956(h).F MONEY LAUNDERING -

## Disposition

Imprisonment, 180 months (this term
consists of a 180 mth term for cnt 1 and
a 180 mth term for cnt 8, to run
concurrently). Supervised Release, 5
years (5 yr term for cnt 1 and a 3 yr term
for cnt 8, to run concurrent). $200.00
special assessme nt. $11,400.00
Restitution.

Imprisonment, 180 months (this term
consists of a 180 mth term for cnt 1 and

| CONTROLLED SUBSTANCE - SELL/DISTR/DISP (8s) | a 180 mth term for cnt 8, to run concurrently). Supervised Release, 5 years (5 yr term for cnt 1 and a 3 yr term for cnt 8, to run concurrent). $200.00 special assessme nt. $11,400.00 Restitution. |

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846(21:841(a)(1) & 841(b)(1)(A).F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | dismissed |
| 21:841(a)(1) & 841(b)(1)(B).F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | dismissed |
| 21:841(a)(1) & 841(b)(1)(B).F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2s) | dismissed |
| 21:841(a)(1) & 841(b)(1)(B).F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (4) | dismissed |
| 21:841(a)(1) & 841(b)(1)(B).F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (4s) | dismissed |
| 21:841(a)(1) & 841(b)(1)(B).F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (7) | dismissed |
| 21:841(a)(1) & 841(b)(1)(B).F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (7s) | dismissed |
| 18:1956(a)(1)(A)(I),(a)(1)(B)(I) & 1956(h).F MONEY LAUNDERING - CONTROLLED SUBSTANCE - SELL/DISTR/DISP (8) | dismissed |

21:853 & 18:982.F CRIMINAL
FORFEITURES                  forfeiture
(9)

18:982.F CRIMINAL FORFEITURE
(10s)                  forfeiture

**Highest Offense Level (Terminated)**

Felony

**Complaints**                      **Disposition**

None

**Claimant**

**Julie Linderman**             represented by    **Julie Linderman**
*TERMINATED: 03/21/2000*                             Unknown Current Address
                                                 PRO SE

**Claimant**

**Royce Warren McCray**         represented by    **Royce Warren McCray**
*TERMINATED: 03/21/2000*                             2413 Hoosier Street
                                                 Cedar Rapids, IA 52404
                                                 PRO SE

**Claimant**

**Julie Linderman**             represented by    **Mark John Seidl**
*TERMINATED: 03/21/2000*                             Seidl & Chicchelly
                                                 229 Northland Court, NE
                                                 PO Box 10137
                                                 **ECF
                                                 Cedar Rapids, IA 52410-0137
                                                 319 377 9770
                                                 Fax: 377 5671
                                                 Email: mseidl@sandclawfirm.com
                                                 *TERMINATED: 03/21/2000*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

**Plaintiff**

**United States of America**         represented by   **Martin J McLaughlin**
US Attorney's Office
Northern District of Iowa
401 First Street, SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: marty.mclaughlin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J Reinert**
US Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: pat.reinert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/1997 | 1 | INDICTMENT by USA Counts filed against Glendale Snead (1) count(s) 1, 3, 5, 9, Lacy E Snead (2) count(s) 1, 2, 4, 7, 8, 9, Warren B McCray (3) count(s) 1, 6, 9 frmemp (Entered: 04/24/1997) |
| 04/24/1997 | 3 | PRAECIPE for Warrant to Marshal for svc for Lacy E Snead frmemp (Entered: 04/24/1997) |
| 04/24/1997 | 5 | ORDER SEALING Indictment & Warrants til arrest of first deft by Chief Mag Judge John A. Jarvey (cc: all counsel, USM,USP,C/R) frmemp (Entered: 04/24/1997) |
| 04/24/1997 |  | (Court only) Docket Modification (Utility) sealing case frmemp (Entered: 04/24/1997) |
| 05/14/1997 | 6 | NOTICE of arraignment set for 7:45 5/15/97 before Mag Judge Jarvey for Warren B McCray (cc: all counsel,USM,USP,C/R) Seal (Entered: 05/14/1997) |
| 05/14/1997 | 7 | LIS PENDENS filed by Gov't. Seal (Entered: 05/15/1997) |

| 05/15/1997 | 9 | ORDER by Chief Mag Judge John A. Jarvey ; detention hearing set for 4:00 5/16/97 for Warren B McCray (cc: all counsel,USM,USP) Seal (Entered: 05/15/1997) |
|---|---|---|
| 05/15/1997 | 10 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey . pretrial motions ddl: 6/20/97 pretrial conference 8:00 8/5/97 for Warren B McCray jury trial set for 9:00 8/5/97 for Warren B McCray (cc: all counsel,USM,USP) Seal (Entered: 05/15/1997) |
| 05/15/1997 | | (Court only) Docket Modification (Utility) case unsealed Seal (Entered: 05/15/1997) |
| 05/16/1997 | 13 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey detention hearing held on 5/16/97 as to Warren McCray; pltf's motion for detention granted C/R Colleen O'Connell frmemp (Entered: 05/19/1997) |
| 05/19/1997 | 14 | RULE 40 Documents received from District of Indiana as to defendant Lacy E Snead frmemp (Entered: 05/19/1997) |
| 05/21/1997 | 16 | INFORMATION REGARDING NOTICE OF INTENTION TO SEEK ENHANCED PENALTY AGAINST DEFENDANT Warren B. McCray by plaintiff USA MAP (Entered: 05/22/1997) |
| 05/22/1997 | 18 | ORDER by Chief Mag Judge John A. Jarvey-Deft committed to Atty Genl for confinement in a corrections facility. Atty Genl shall afford deft opportunity for private consultation w/counsel. (cc: all counsel,USM,USP) DGE (Entered: 05/22/1997) |
| 05/23/1997 | 20 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey dft Lacy E Snead arraigned; NOT GUILTY plea entered; AFPD present; tape #51 frmemp (Entered: 05/23/1997) |
| 05/23/1997 | 22 | CJA Form 20 (Appointment of Counsel); defendant Lacy E Snead attorney, Leslie E Stokke, has been appointed (mail CJA20 w/attachment and copy of file) frmemp (Entered: 05/23/1997) |
| 05/23/1997 | 23 | CLERK'S COURT MINUTES: on detention hearing before Chief Mag Judge John A. Jarvey as to Glendale Snead & Lacy Snead; both deft's detained; C/R Colleen O'Connell frmemp (Entered: 05/27/1997) |
| 05/30/1997 | 25 | ORDER FOR APPOINTMENT OF COUNSEL by Chief Mag Judge John A. Jarvey-FPD appointed for arraignment or Init. App. only. cc:all counsel) DGE (Entered: 06/02/1997) |
| 05/30/1997 | 26 | ORDER FOR APPOINTMENT OF COUNSEL by Chief Mag Judge John A. Jarvey-FPD appointed for arr. or IA only (cc: all counsel) DGE (Entered: 06/02/1997) |
| 05/30/1997 | 27 | OFFICIAL SHORTHAND NOTES of OCR Colleen O'Connell,Carroll Assoc. constituting official record of Detention Hearing on May 23, 1997 DGE (Entered: 06/02/1997) |

| 05/30/1997 | 28 | OFFICIAL SHORTHAND NOTES of OCR Colleen O'Connell,Carroll Assoc. constituting official record of Detention Hearing on May 16, 1997 DGE (Entered: 06/02/1997) |
| 05/30/1997 | 30 | WARRANT w/Marshal's return executed as to defendant Lacy E Snead ; defendant arrested on 5/14/97 DGE (Entered: 06/02/1997) |
| 06/02/1997 | 31 | ORDER by Chief Mag Judge John A. Jarvey-Gov't motion for detention is granted. Defts are committed to custody of Atty Genl for confinement in corrections facility. (cc: all counsel,USM,USP) DGE (Entered: 06/02/1997) |
| 06/06/1997 | 34 | APPEAL from Magistrate's Detention Order and Request for District Court Review to Revoke or Amend Detention Order by defendant Lacy E Snead concerning [31-1] DGE (Entered: 06/09/1997) |
| 06/12/1997 | 37 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey . pretrial motions ddl: July 1, 1997 pretrial conference 8:00 8/5/97 for Glendale Snead, for Lacy E Snead jury trial set for 9:00 8/5/97 for Glendale Snead, for Lacy E Snead (cc: all counsel,USM,USP) MAP (Entered: 06/12/1997) |
| 06/16/1997 | 38 | SUPERSEDING indictment by USA; counts filed against Glendale Snead (1) count(s) 1s, 10s, Lacy E Snead (2) count(s) 1s, 2s, 4s, 7s, 8s, 10s, Warren B McCray (3) count(s) 1s, 6s, 10s, Lorenzo Diaz (4) count(s) 1, 9 frmemp (Entered: 06/17/1997) |
| 06/17/1997 | 39 | NOTICE of arraignment set for 9:00 6/23/97 before Mag Chief Judge Jarvey for Glendale Snead, for Lacy E Snead, for Warren B McCray, for Lorenzo Diaz (cc: all counsel,USM,USP,C/R) frmemp (Entered: 06/17/1997) |
| 06/17/1997 | 40 | Local Criminal Rule 7.1 Statement by U.S. DGE (Entered: 06/17/1997) |
| 06/18/1997 | 42 | MOTION to extend time to file pretrial motions by Lacy E Snead assigned to Chief Mag Judge John A. Jarvey frmemp (Entered: 06/19/1997) |
| 06/19/1997 | 44 | RESISTANCE by plaintiff USA to deft's appeal of detention order & request for district court review to revoke or amend detention order[34-1] as to Lacy E Snead frmemp (Entered: 06/19/1997) |
| 06/23/1997 | 46 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey arraignment held on 6/23/97 , dft Lacy E Snead arraigned; NOT GUILTY plea entered; Attorney Les Stokke present; granting motion to extend time to file pretrial motions [42-1]; pretrial motions to be filed 7/15/97; jury trial to remain set at 8/5/97 tape #63 frmemp Modified on 06/24/1997 (Entered: 06/24/1997) |
| 07/16/1997 | 50 | ORDER by Chief Mag Judge John A. Jarvey setting hearing on motion to suppress [48-1] for 11:00 7/28/97 for Glendale Snead, for USA (cc: all counsel, USM,USP,C/R) frmemp (Entered: 07/22/1997) |

| | | |
|---|---|---|
| 07/22/1997 | 51 | NOTICE of jury trial RESET for 9:00 9/30/97 before Judge Melloy for Glendale Snead, for Lacy E Snead, for Warren B McCray, for Lorenzo Diaz (cc: all counsel,USM,USP,C/R) frmemp Modified on 07/22/1997 (Entered: 07/22/1997) |
| 07/22/1997 | | (Court only) Docket Modification (Utility) withdrawing motion to suppress & request for hearing [48-1] frmemp (Entered: 07/23/1997) |
| 07/23/1997 | 53 | MEMORANDUM by plaintiff USA in support of govt's resistance to deft's motion to suppress as to Glendale Snead [48-1] frmemp (Entered: 07/24/1997) |
| 07/24/1997 | 54 | TRANSCRIPT of detention hearing held5/23/97 as to Glendale Snead frmemp (Entered: 07/24/1997) |
| 07/29/1997 | 55 | MOTION to set guilty plea by USA as to Lacy E Snead assigned to Chief Judge Michael J. Melloy frmemp (Entered: 07/31/1997) |
| 08/01/1997 | 56 | RETURN OF SERVICE as to Order dated 6/6/97 DGE (Entered: 08/01/1997) |
| 08/12/1997 | 57 | NOTICE of change of plea hearing set for 11:00 8/25/97 before Judge Melloy for Lacy E Snead (cc: all counsel,USM,USP,C/R) frmemp (Entered: 08/12/1997) |
| 08/12/1997 | | (Court only) Docket Modification (Utility) granting motion to set guilty plea [55-1] frmemp (Entered: 08/12/1997) |
| 08/25/1997 | 59 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy change of plea hearing held on 8/25/97 , guilty plea entered by Lacy E Snead C/R Kellee Cortez frmemp (Entered: 08/25/1997) |
| 08/25/1997 | 60 | EXHIBIT list by plaintiff USA as to Lacy Snead frmemp (Entered: 08/25/1997) |
| 08/25/1997 | 61 | PRELIMINARY ORDER OF FORFEITURE as to Lacy Snead by Chief Judge Michael J. Melloy (cc: all counsel, USM,USP,C/R) frmemp (Entered: 08/25/1997) |
| 08/25/1997 | 62 | ORDER by Chief Mag Judge John A. Jarvey on motion for competency hearing & commitment order [58-1] MOTION HEARING SET for 10:00 8/28/97, 2nd flr courtroom, C.R.,IA for Warren B McCray (cc: all counsel,USM,USP) DGE (Entered: 08/26/1997) |
| 08/26/1997 | 63 | ORDER ACCEPTING DEFT'S PLEA OF GUILTY by Chief Judge Michael J. Melloy ; sentencing hearing set for 9:00 12/15/97 for Lacy E Snead; deft shall remain in custody pending sentencing (cc: all counsel, USM,USP,C/R) frmemp (Entered: 08/26/1997) |
| 08/28/1997 | 64 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey on motion for competency hearing & commitment order as to Warren McCray [58-1] C/R Kellee Cortez frmemp (Entered: 08/28/1997) |

| | | |
|---|---|---|
| 08/28/1997 | 65 | ORDER by Chief Mag Judge John A. Jarvey; hearing on govt's 8/12/97 request for competency order & commitment order is continued pending further order; if deft Warren McCray desires to contest the govt's finding of incompetency at a hearing before this court, he shall indicate such by filing a request for a hearing; upon request for a hearing, the deft shall provide the govt w/a copy of any report of its psychiatrist or psychologist; if the deft does not desire a hearing, the report need not be provided (cc: all counsel, USM,USP,C/R) frmemp (Entered: 08/28/1997) |
| 08/28/1997 | 66 | 285 w/Marshals RETURN OF SERVICE as to Preliminary Order of Forfeiture on Lacy E. Snead DGE (Entered: 08/29/1997) |
| 09/03/1997 | | (Court only) Docket Modification (Utility) finding the appeal motion APPEAL from Magistrate's Detention Order [34-1] moot DGE (Entered: 09/03/1997) |
| 09/08/1997 | 68 | NOTICE on motion for Expedited hearing [67-1] ; MOTION HEARING SET for 3:30 9/11/97 for Warren B McCray (cc: all counsel,USM,USP) DGE (Entered: 09/08/1997) |
| 09/08/1997 | | (Court only) Docket Modification (Utility) granting motion for Expedited hearing [67-1] as to Warren McCray (granted in doc no. 68) frmemp (Entered: 11/04/1997) |
| 09/11/1997 | 69 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy satisfied on motion for Expedited hearing [67-1]. Deft file status report by 9/26/97 on Deft's Req. for Independent Competency Evaluation. C/R Kellee Cortez, Carroll Assoc. DGE (Entered: 09/16/1997) |
| 09/12/1997 | 70 | CLERK'S TELEPHONIC MINUTES: on status on property before Chief Judge Michael J. Melloy as to Warren McCray frmemp Modified on 09/17/1997 (Entered: 09/17/1997) |
| 09/23/1997 | 73 | NOTICE of sentencing hearing RESET for 8:30 12/15/97 before Judge Melloy for Lacy E Snead (cc: all counsel,USM,USP,C/R) frmemp (Entered: 09/23/1997) |
| 09/24/1997 | 74 | PETITION FOR CLAIM pursuant to 21:843(N) by claimant Julie Linderman frmemp (Entered: 09/24/1997) |
| 09/26/1997 | 75 | ORDER by Chief Judge Michael J. Melloy denying motion for review of pretrial detention order as to Glendale Snead [36-1] (cc: all counsel,USP) frmemp (Entered: 09/26/1997) |
| 10/01/1997 | 77 | NOTICE granting motion for guilty plea hearing [76-1] ; change of plea hearing set for 3:00 10/24/97 for before Judge Melloy Glendale Snead (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/02/1997) |
| 10/09/1997 | 79 | NOTICE of status hearing set for 8:30 10/24/97 before Judge Melloy for Warren B McCray (cc: all counsel,USM,USP,C/R) frmemp (Entered: 10/09/1997) |

| 10/15/1997 | 81 | OFFICIAL SHORTHAND NOTES of OCR Kellee Cortez, Carroll Assoc. constituting official record of Plea Hrg on Lacy Snead on Aug. 25, 1997 DGE (Entered: 10/16/1997) |
| 10/15/1997 | 82 | OFFICIAL SHORTHAND NOTES of OCR Kellee Cortez, Carroll Assoc. constituting official record of Competency Hrg (McCray) on Aug. 28, 1997 DGE (Entered: 10/16/1997) |
| 10/15/1997 | 83 | OFFICIAL SHORTHAND NOTES of OCR Kellee Cortez, Carroll Assoc. constituting official record of Hrg/Release of Property (McCray) on Sept. 11, 1997 DGE (Entered: 10/16/1997) |
| 10/17/1997 | 84 | PETITION FOR CLAIM by claimant Royce Warren McCray DGE (Entered: 10/20/1997) |
| 10/20/1997 | 85 | 285 w/Marshal's Return on preliminary order of forfeiture as to Snead et al frmemp (Entered: 10/20/1997) |
| 10/24/1997 | 87 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy status hearing held on 10/24/97 as to Warren McCray denying motion for dismissal of counsel & reaptmt of new counsel; Atty Ross Hauser will continue to represent deft [86-1]; court prior forfeiture order; pltf has til 10/27/97 to file civil action; order stayed til that time; court authorizes independent competency evaluation of deft C/R Kellee Cortez frmemp Modified on 10/24/1997 (Entered: 10/24/1997) |
| 10/27/1997 | 89 | ORDER ACCEPTING DEFT'S PLEA OF GUILTY by Chief Judge Michael J. Melloy ; sentencing hearing set for 9:00 1/23/98 for Glendale Snead; deft shall remain in custody pending sentencing (cc: all counsel, USM,USP,C/R) frmemp (Entered: 10/27/1997) |
| 10/27/1997 | 90 | ORDER by Chief Mag Judge John A. Jarvey; deft Warren McCray's 10/3/97 report to court re:psychological evaluation (doc #78) granted; the deft is authorized to spend the requested funds on a psychological examination (cc: all counsel, USM,USP,C/R) frmemp (Entered: 10/27/1997) |
| 10/30/1997 | 92 | TRANSCRIPT of guilty plea held 8/25/97 as to Lacy Snead frmemp (Entered: 10/30/1997) |
| 11/04/1997 | 94 | ORDER by Chief Mag Judge John A. Jarvey denying motion for approval of transcript costs as to Warren McCray [91-1]; this was improperly filed pro se despite the fact the deft has counsel (cc: all counsel) frmemp (Entered: 11/04/1997) |
| 11/04/1997 | 95 | 285 w/Marshal's Return unexecuted on preliminary order of forfeiture as to Lacy Snead frmemp (Entered: 11/04/1997) |
| 11/04/1997 | 96 | 285 w/Marshal's Return unexecuted on preliminary order of forfeiture as to Lacy Snead frmemp (Entered: 11/04/1997) |
| 11/05/1997 | 97 | ORDER by Chief Judge Michael J. Melloy; the US Marshal or their designee (Linn County Sheriff) shall make a private conference room |

| | | |
|---|---|---|
| | | available to Dr. William Boyd for the purpose of conducting a psychiatric evaluation of deft Warren McCray on the following dates: 11/6/97 from 8:30 to 11:30 am & 11/12/97 from 8:30 to 11:30 am (cc: all counsel, USM,USP,C/R) frmemp (Entered: 11/05/1997) |
| 11/25/1997 | 98 | NOTICE of intent to file motion for downward departure by defendant Lacy E Snead frmemp (Entered: 11/26/1997) |
| 11/25/1997 | 99 | MOTION to continue sentencing by Lacy E Snead assigned to Chief Judge Michael J. Melloy frmemp (Entered: 11/26/1997) |
| 12/02/1997 | 100 | ORDER by Chief Judge Michael J. Melloy granting motion to continue sentencing [99-1] ; sentencing hearing RESET for 1:30 2/20/98 for Lacy E Snead (cc: all counsel, USM,USP,C/R) frmemp (Entered: 12/02/1997) |
| 12/02/1997 | 101 | 285 w/Marshal's Return on temporary restraining order of real property located at 690 Marion Blvd, Marion, IA frmemp (Entered: 12/04/1997) |
| 12/05/1997 | 102 | ORDER RE:PSYCHOLOGICAL EVALUATION by Chief Judge Michael J. Melloy; the court having received an oral application to make available facilities to accommodate the psychological evaluation of the deft, the court finds that the order should be granted; the US Marshal or their designee at the Linn County Correctional Center shall make available a private interview room for Dr. William Boyd to meet w/Warren McCray beginning at 8:30 am on 12/8/97 (cc: all counsel, USM,USP,C/R) frmemp (Entered: 12/05/1997) |
| 12/08/1997 | 103 | OFFICIAL SHORTHAND NOTES of OCR Kay Carr constituting official record of phone hearing on 9/12/97 as to Warren McCray frmemp (Entered: 12/08/1997) |
| 12/08/1997 | 104 | OFFICIAL SHORTHAND NOTES of OCR Kay Carr constituting official record of plea on 10/24/97 as to Glendale Snead frmemp (Entered: 12/08/1997) |
| 12/10/1997 | 105 | PETITION FOR CLAIM by claimant Julie Linderman as to Warren McCray frmemp (Entered: 12/10/1997) |
| 12/12/1997 | 106 | CERTIFICATE OF SERVICE by claimant Julie Linderman frmemp (Entered: 12/12/1997) |
| 12/30/1997 | 107 | MARSHAL's RETURN OF SERVICE by plaintiff USA as to Order of Forfeiture served on Maria Hollies on 12/19/97 MJJ (Entered: 12/31/1997) |
| 01/13/1998 | 109 | EX PARTE ORDER by Chief Mag Judge John A. Jarvey granting motion for writ [108-1] (cc: deft counsel,USM w/writ) DGE (Entered: 01/13/1998) |
| 01/20/1998 | 110 | NOTICE ; SENTENCING HEARING RESET for 9:00 1/29/98 for Glendale Snead (cc: all counsel,USM,USP) DGE (Entered: 01/20/1998) |
| 01/22/1998 | 111 | WRIT of ad testificandum w/Marshal's return unexecuted DGE Modified on 01/26/1998 (Entered: 01/26/1998) |

| 01/23/1998 | 112 | NOTICE of Present Intention to File 5K1.1 Motion by plaintiff USA DGE Modified on 01/26/1998 (Entered: 01/26/1998) |
| 01/28/1998 | 113 | NOTICE: hearing (status conf) on PETITION FOR CLAIM [84-1] SET for 11:15 2/5/98 for Royce Warren McCray (cc: all counsel,USM,USP) DGE (Entered: 01/28/1998) |
| 01/29/1998 | 114 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy sentencing hearing held on 1/29/98 . Court grants pltf motion under 5K1.1. C/R Kelly Cortez, Carroll Assoc. DGE (Entered: 01/29/1998) |
| 02/02/1998 | 116 | NOTICE ; STATUS HEARING SET for 10:00 2/27/98 for Claimant Royce McCray and Property located in Marion (cc: all counsel,USM,USP) DGE (Entered: 02/03/1998) |
| 02/11/1998 | 117 | MOTION for downward departure by Lacy E Snead assigned to Chief Judge Michael J. Melloy frmemp (Entered: 02/11/1998) |
| 02/20/1998 | 118 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy sentencing hearing held on 2/20/98 C/R Kay Carr DGE (Entered: 02/24/1998) |
| 02/23/1998 | 119 | JUDGMENT as to Lacy E Snead sentencing Lacy E Snead (2) count(s) 1s,8s. Imprisonment, 180 months (this term consists of a 180 mth term for cnt 1 and a 180 mth term for cnt 8, to run concurrently). Supervised Release, 5 years (5 yr term for cnt 1 and a 3 yr term for cnt 8, to run concurrent). $200.00 special assessment. $11,400.00 Restitution. , terminating party Lacy E Snead , dismissing counts as to Lacy E Snead (2) count(s) 1,2,2s,4,4s,7,7s,8. dismissed , dismissing counts as to Lacy E Snead (2) count(s) 9,10s. forfeiture by Judge Michael J. Melloy (cc: all counsel,USM,USP) DGE (Entered: 02/24/1998) |
| 02/25/1998 |  | (Court only) Docket Modification (Utility) denying appeal motion APPEAL from Magistrate's Detention Order [33-1] frmemp (Entered: 02/25/1998) |
| 02/25/1998 |  | (Court only) Docket Modification (Utility) denying motion for downward departure [117-1] frmemp (Entered: 02/25/1998) |
| 02/26/1998 | 120 | OFFICIAL SHORTHAND NOTES of OCR Kellee Cortez constituting official record of status hearing on 10/24/97 as to Warren McCray frmemp (Entered: 02/26/1998) |
| 02/26/1998 | 121 | OFFICIAL SHORTHAND NOTES of OCR Kellee Cortez constituting official record of sentencing on 1/29/98 Glendale Snead frmemp (Entered: 02/26/1998) |
| 02/27/1998 | 122 | CLERK'S COURT MINUTES: before Chief Judge Michael J. Melloy status hearing held on 2/27/98 . Claimants file claims to property w/in 20 days. Deft atty to file status report w/in 7 days. C/R Kellee Cortez DGE (Entered: 02/27/1998) |

| 03/16/1998 | 123 | JUDGMENT w/Marshal's Return executed on 3/10/98 as to Lacy Snead frmemp (Entered: 03/17/1998) |
| 03/23/1998 | 125 | CJA Form 20 (Attorney Payment Voucher) as to Lacy E Snead for attorney Leslie Stokke in the amount of $ 5,148.50 frmemp (Entered: 03/23/1998) |
| 03/30/1998 | 127 | OFFICIAL SHORTHAND NOTES of OCR Kay Carr constituting official record of sentencing on 2/20/98 as to Lacy Snead frmemp (Entered: 03/30/1998) |
| 04/28/1998 | 129 | NOTICE: by Chief Judge Michael J. Melloy STATUS HEARING set for 3:30 5/8/98 for Royce Warren McCray w/Judge Melloy 3rd Flr, C.R., IA (cc: all counsel,USM,USP) DGE (Entered: 04/28/1998) |
| 09/21/1998 | 148 | TRANSCRIPT of sentencing held on 2/20/98 as to defendant Lacy E Snead frmemp (Entered: 09/21/1998) |
| 10/22/1998 | 151 | Marshal's RETURN OF SERVICE as to Order dated 5/22/98 DGE (Entered: 10/22/1998) |
| 11/02/1998 | 153 | ORDER by Chief Judge Michael J. Melloy as to plaintiff USA granting motion to remove and dispose of vehicles [150-1]; the US Marshal shall coordinate with local law enforcement to tag any and all unauthorized vehicles with a notice of removal; if the unauthorized vehicles are not claimed and removed within 24 hours, local law enforcement are authorized to tow the vehicles from the real property and local law enforcement officials are authorized to dispose of the towed vehicles removed from the real property pursuant to their agency rules and regulations concerning abandoned vehicles (cc: all counsel,USM) MAP (Entered: 11/02/1998) |
| 01/15/1999 | 168 | MOTION for reduction of sentence (RULE 35) by plaintiff USA assigned to Chief Judge Michael J. Melloy as to defendant Lacy E Snead frmemp (Entered: 01/15/1999) |
| 03/18/1999 | 174 | Marshal's RETURN OF SERVICE as to Order filed 1/7/99 DGE (Entered: 03/19/1999) |
| 10/15/1999 |  | (Court only) Docket Modification (Utility) granting motion for hearing [80-1] (per Mike L) DGE (Entered: 10/15/1999) |
| 01/18/2000 | 191 | NOTICE: PLEA HEARING set for 10:30 2/4/00 for Royce Warren McCray w/Judge Melloy (cc: all counsel,USM,USP) frmemp (Entered: 01/18/2000) |
| 02/14/2000 | 197 | APPEAL OPINION/ORDER from 8th CIRCUIT affirming the decision of the District Court on appeal [158-1] as to Lorenzo Diaz frmemp (Entered: 02/14/2000) |
| 02/14/2000 | 198 | CERTIFIED COPY OF JUDGMENT FROM 8th CIRCUIT affirming District Court's Decision as to Lorenzo Diaz frmemp (Entered: 02/14/2000) |

| 02/18/2000 | 199 | PETITION PURSUANT TO 21:853(N) by claimant Julie Linderman as to defendant Lacy E Snead assigned to Judge Michael J. Melloy MAP (Entered: 02/18/2000) |
| 03/14/2000 | 200 | MOTION to consolidate w/C 97-205MJM by USA as to Glendale Snead, Lacy E Snead, Warren B McCray, Lorenzo Diaz assigned to Chief Mag Judge John A. Jarvey frmemp (Entered: 03/15/2000) |
| 03/21/2000 | | (Court only) Docket Modification (Utility) as to claimant Julie Linderman, claimant Royce Warren McCray, claimant Julie Linderman terminating party Julie Linderman, party Royce Warren McCray, party Julie Linderman (SEE ORDER of 3/21/00 all claimants are shown in C97-205) MJJ (Entered: 03/21/2000) |
| 03/28/2000 | 202 | STATUS REPORT by plaintiff USA as to defendant Glendale Snead, defendant Lacy E Snead, defendant Warren B McCray, defendant Lorenzo Diaz frmemp (Entered: 03/28/2000) |
| 04/24/2000 | 204 | JUDGMENT as to Warren B McCray sentencing Warren B McCray (3) count(s) 6s. 135 mons impr; 10 yrs supervised release; $100 special assessment , to dismiss count(s) dismissing counts as to , to dismiss count(s) dismissing counts as to Warren B McCray (3) count(s) 1, 1s , 6 . Dismissed , to dismiss count(s) dismissing counts as to Warren B McCray (3) count(s) 9, 10s . Forfeiture act , case terminated as to defendant Glendale Snead, defendant Lacy E Snead, defendant Warren B McCray, defendant Lorenzo Diaz by Judge Michael J. Melloy JUDGMENT BOOK 17 ENTRY 125 (cc: all counsel,USM,USP) frmemp (Entered: 04/25/2000) |
| 09/07/2000 | 213 | NOTICE: setting telephonic hearing (deft to participate by phone) on motion for reduction of sentence (RULE 35) [168-1] 11:00 10/13/00 for Lacy E Snead w/Judge Melloy (cc: all counsel,USM,USP) frmemp (Entered: 09/07/2000) |
| 09/29/2000 | 216 | MOTION to continue Rule 35 hearing by plaintiff USA as to defendant Lacy E Snead assigned to Judge Michael J. Melloy frmemp (Entered: 09/29/2000) |
| 09/29/2000 | 216 | ORDER by Judge Michael J. Melloy as to defendant Lacy E Snead granting motion to continue Rule 35 hearing for a period of 90 days [216-1] (cc: all counsel,USM,USP) frmemp (Entered: 09/29/2000) |
| 10/04/2000 | 217 | NOTICE: setting telephonic hearing on motion for reduction of sentence (RULE 35) [168-1] for 11:00 1/22/01 for Lacy E Snead before Judge Melloy (deft to participate by phone) (cc: all counsel,USM,USP) frmemp (Entered: 10/04/2000) |
| 12/21/2000 | | TRANSCRIPT of Guilty Plea Hearing held on May 13 & 14, 1998 sent to 8th Circuit on December 21, 2000 MAP (Entered: 12/21/2000) |
| 01/17/2001 | 228 | NOTICE: resetting hearing on motion for reduction of sentence (RULE 35) [168-1] for 2:30 1/26/01 for Lacy E Snead w/Judge Melloy (cc: all counsel,USM,USP) frmemp (Entered: 01/17/2001) |

| | | |
|---|---|---|
| 01/26/2001 | 229 | CLERK'S COURT MINUTES: as to defendant Lacy E Snead before Judge Michael J. Melloy hearing satisfied on motion for reduction of sentence (RULE 35) [168-1]; Rule 35(b) granted. Sentence reduced to 132 months. All other terms and conditions re-imposed; COURT REPORTER Kay Carr DGE (Entered: 01/29/2001) |
| 01/26/2001 | | (Court only) Docket Modification (Utility) as to defendant Lacy E Snead granting motion for reduction of sentence (RULE 35) [168-1] at hearing 1/26/01 frmemp (Entered: 06/20/2001) |
| 02/02/2001 | 230 | SHORTHAND NOTES of OCR Kay Carr constituting official record of Rle 35b on 1/26/01 as to defendant Lacy E Snead DGE (Entered: 02/02/2001) |
| 02/08/2001 | 231 | CJA Form 20(Appointment of Counsel) for defendant Lacy E Snead attorney Leslie Stokke has been appointed for Rule 35 proceedings VOUCHER#: 462901200078 (mail CJA20 w/attachments) frmemp (Entered: 02/08/2001) |
| 02/14/2001 | 232 | AMENDED JUDGMENT ISSUED amending judgment [119-5] as to defendant Lacy E Snead by Judge Michael J. Melloy SSN: 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 JUDGMENT BOOK 20 ENTRY 76; 132 mons impr; this term consists of a 132 mon term for ct 1 & a 132 mon term for ct 8, terms to run concurrently; this term also reflects a reduction from the previously imposed term of 180 mons on ea of cts 1 & 8, to run concurrently; 5 yrs supervised release (cc: all counsel,USM,USP) frmemp (Entered: 02/14/2001) |
| 02/15/2001 | 233 | CJA Form 20 (Attorney Payment Voucher) as to Lacy E Snead for attorney Leslie Stokke in the amount of $ 1,341.34 VOUCHER#: 462901200078 frmemp (Entered: 02/15/2001) |
| 07/09/2001 | 237 | CERTIFIED COPY OF JUDGMENT FROM 8th CIRCUIT dismissing the appeal [223-1] Mandate Issued as to deft Lorenzo Diaz DLP Modified on 07/10/2001 (Entered: 07/09/2001) |
| 07/09/2001 | | (Court only) Docket Modification (Utility Event) DLP (Entered: 07/09/2001) |
| 07/09/2001 | 238 | APPEAL MANDATE from 8th Circuit dismissing appeal for lack of jurisdiction as to deft Lorenzo Diaz; clerk to seal Rule 35(b) hearing transcript frmemp (Entered: 07/10/2001) |
| 02/20/2002 | | REMARK: mailed this date admin order #1323 re:unsealing documents (cc: all counsel) frmemp (Entered: 02/20/2002) |
| 09/21/2005 | ❍ | Case as to Defendant Glendale Snead, Lacy E Snead, Warren B McCray, Lorenzo Diaz; Reassigned to Judge Linda R Reade and John A Jarvey. Judge Michael J Melloy no longer assigned to the case. (mj) (Entered: 09/21/2005) |

| 04/03/2008 | 260 | TRANSFER OF JURISDICTION ORDER w/cover letter - Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Defendant Lacy E Snead. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (de) (Entered: 04/03/2008) |

FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

APR 2 4 1997
11:13 am
By: ___QC___
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 97-15MJM |
| | ) | |
| vs. | ) | Count 1: 21 USC §§841(a)(1); |
| | ) | 841(b)(1)(A); 846 |
| GLENDALE SNEAD a/k/a | ) | |
| Pete Day, | ) | Counts 2, 4, 5, 7: 21 USC §§841(a)(1); |
| LACY E. SNEAD a/k/a | ) | 841(b)(1)(B) |
| Tony Pearson a/k/a | ) | |
| Craig Pettersen a/k/a | ) | Counts 3, 6: 21 USC §§841(a)(1); |
| Lemont Johnson a/k/a | ) | 841(b)(1)(A) |
| Tony Wright, | ) | |
| WARREN B. McCRAY, | ) | Count 8: 18 USC §§1956(a)(1)(A); |
| | ) | 1956(a)(1)(B); 1956(h) |
| Defendants. | ) | |
| | ) | Count 9: 21 USC §853; |
| | ) | §982 |

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this ___ day of April, 20 08
By ___
Robert L. Phelps, Clerk
Deputy

**INDICTMENT**

The Grand Jury charges:

COUNT 1

Between about 1990 and 1997 in the Northern District of Iowa and elsewhere,

GLENDALE SNEAD a/k/a Pete Day, LACY E. SNEAD a/k/a Tony Pearson, a/k/a Craig

Pettersen, a/k/a Lemont Johnson, a/k/a Tony Wright and WARREN B. McCRAY, did

knowingly and unlawfully combine, conspire, confederate and agree with each other

and other persons known and unknown to the Grand Jury to commit the following

offenses against the United States:

1

1.    Distribution of 50 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

2.    Possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

3.    Distribution and possession with intent to distribute cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

This in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about October 31, 1996, in the Northern District of Iowa, LACY E. SNEAD, a/k/a Tony Pearson, a/k/a Craig Pettersen, a/k/a Lemont Johnson a/k/a Tony Wright, did knowingly and intentionally distribute approximately 23.58 grams of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II Controlled Substance.

This is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

On or about November 8, 1996, in the Northern District of Iowa, GLENDALE SNEAD a/k/a Pete Day, did knowingly and intentionally distribute approximately 50.09 grams of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II Controlled Substance.

2

This is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4

On or about November 25, 1996, in the Northern District of Iowa, LACY E. SNEAD, a/k/a Tony Pearson, a/k/a Craig Pettersen, a/k/a Lemont Johnson, a/k/a Tony Wright, did knowingly and intentionally distribute approximately 48.19 grams of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II Controlled Substance.

This is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 5

On or about December 10, 1996, in the Northern District of Iowa, GLENDALE SNEAD, a/k/a Pete Day, did knowingly and intentionally distribute approximately 49.9 grams of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II Controlled Substance.

This is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 6

On or about February 28, 1997, in the Northern District of Iowa, WARREN B. McCRAY, did knowingly and intentionally distribute approximately 54.48 grams of a mixture or substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II Controlled Substance.

3

This is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 7

On or about April 7, 1997, in the Northern District of Iowa, LACY E. SNEAD, a/k/a Tony Pearson, a/k/a Craig Pettersen, a/k/a Lemont Johnson, a/k/a Tony Wright, did knowingly and intentionally distribute approximately 26.29 grams of a mixture or substance containing a detectable amount of cocaine base (crack cocaine) and approximately 28.08 grams of a mixture of substance containing a detectable amount of cocaine, a Schedule II Controlled Substances.

This is in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 8

Between about 1993 and 1997, in the Northern District of Iowa and elsewhere, LACY E. SNEAD, a/k/a Tony Pearson, a/k/a Craig Pettersen, a/k/a Lemont Johnson, a/k/a Tony Wright, did knowingly and unlawfully combine, conspire, confederate and agree with other persons whose names are known and unknown to the Grand Jury, to commit the following crimes against the United States:

1. to knowingly and willfully conduct and attempt to conduct financial transactions involving proceeds of specified unlawful activity with the intent to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A).

2. to knowingly and willfully conduct and attempt to conduct financial transactions involving proceeds of specified unlawful activity with the knowledge that the transaction was

designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B).

In committing the conspiracy, the following acts were committed by LACY E. SNEAD or other co-conspirators:

### OVERT ACTS

During the time period of the conspiracy LACY E. SNEAD used various aliases and social security numbers including: Lemont Johnson (SSN 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), Craig Pettersen (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), Tony Pearson (SSN 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), Larry Wilson and Tony Wright.  SNEAD used these names in an effort to conceal or disguise his identity.

GLENDALE SNEAD, LACY SNEAD's brother, utilized the name Pete Day (SSN 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) at various times during the course of the charged conspiracy in an effort to conceal or disguise his identity.

LACY SNEAD using one or more of the aliases listed above utilized Western Union to receive currency from the following individuals and/or send currency, including on or about the following dates:

| DATE | PAYEE | AMOUNT | PAYOR | PAYOR ADDRESS |
|------|-------|--------|-------|---------------|
| 5/11/93 | Johnson, Lemont | $400.00 | Buford, Will | 519 10th Avenue Cedar Rapids, IA |
| 7/6/93 | Johnson, Lemont | $700.00 | Buford, Will | 1306 2d Street SE Cedar Rapids, IA |
| 7/22/93 | Jahson, Lemont | $100.00 | Buford, Will | 1023 14th Street NE Cedar Rapids, IA |
| 8/11/93 | Johnson, Lemont | $1,175.00 | Clark, Mike | 1115 15th Street NE Cedar Rapids, IA |

| 8/20/93 | Jahson, Lemont | $300.00 | Buford, Will | 1510 5th Street SE Cedar Rapids, IA |
|---|---|---|---|---|
| 8/28/93 | Johnson, Lemont | $650.00 | Buford, Will | 1510 19th Street NE Cedar Rapids, IA |
| 8/31/93 | Johnson, Lemont | $500.00 | Johnson, Jeff | 2265 C Street SW Cedar Rapids, IA |
| 9/4/93 | Neal, Kristen | $1,300.00 | Johnson, Lemont | 569 5th Avenue SE Cedar Rapids, IA |
| 9/4/93 | Johnson, Lemont | $500.00 | Clark, Will | |
| 9/8/93 | Neal, Kristen | $100.00 | Johnson, Lemont | 529 5th Avenue SE Cedar Rapids, IA |
| 9/18/93 | Johnson, Lemont | $1,500.00 | Clark, Will | 2263 C Avenue SW Cedar Rapids, IA |
| 9/20/93 | Neal, Kristen | $200.00 | Johnson, Lemont | 529 19th Street NE Cedar Rapids, IA |
| 9/28/93 | Johnson, Lemont | $1,000.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 10/6/93 | Johnson, Lemont | $1,400.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 10/6/93 | Johnson, Lemont | $700.00 | Buford, Will | 1312 9th Street Cedar Rapids, IA |
| 10/10/93 | Johnson, Lemont | $1,000.00 | Johnson, Rick | 1002 10th Street SE Cedar Rapids, IA |
| 10/12/93 | Johnson, Lemont | $950.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 10/19/93 | Johnson, Lemont | $950.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 10/29/93 | Johnson, Lemont | $475.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 10/30/93 | Johnson, Lemont | $300.00 | Neal, Kristen | 708 6th Street SW Cedar Rapids, IA |
| 11/4/93 | Johnson, Lemont | $650.00 | Johnson, Rick | 1541 J Street SW Cedar Rapids, IA |
| 11/8/93 | Johnson, Lemont | $1,400.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 11/14/93 | Johnson, Lemont | $650.00 | Allen, Lisa | 1128 7th Street SE Cedar Rapids, IA |

6

| 11/19/93 | Johnson, Lamont | $300.00 | Buford, Will | 906 19th Street NE<br>Cedar Rapids, IA |
|---|---|---|---|---|
| 11/24/93 | Johnson, Lamont | $450.00 | Buford, Will | 2111 17th Street SE<br>Cedar Rapids, IA |
| 11/27/93 | Johnson, Lamont | $700.00 | Smith, Mike | 107 1st SW<br>Cedar Rapids, IA |
| 1/1/94 | Johnson, Lemont | $1,000.00 | Smith, Brian | 4500 Waveland Dr NE<br>Cedar Rapids, IA |
| 1/8/94 | Johnson, Lemont | $500.00 | Buford, Will | 1412 19th Street SE<br>Cedar Rapids, IA |
| 1/17/94 | Johnson, Lemont | $500.00 | Buford, Will | 1320 9th Street SE<br>Cedar Rapids, IA |
| 1/25/94 | Johnson, Lemont | $400.00 | Buford, Will | 1122 16th Street SE<br>Cedar Rapids, IA |
| 2/1/94 | Johnson, Lemont | $650.00 | Johnson, Rick | 4400 Waveland Dr NE<br>Cedar Rapids, IA |
| 2/1/94 | Johnson, Lemont | $300.00 | Buford, Will | 1415 17th Street SE<br>Cedar Rapids, IA |
| 2/7/94 | Johnson, Lemont | $800.00 | Johnson, Mike | 1006 10th Street SE<br>Cedar Rapids, IA |
| 2/1/0/94 | Johnson, Lemont | $1,500.00 | Johnson, Rick | 4500 Waveland Dr NE<br>Cedar Rapids, IA |
| 2/12/94 | Johnson, Lemont | $1,500.00 | Neal, Kristen | 1825 D Avenue NE<br>Cedar Rapids, IA |
| 2/16/94 | Johnson, Lemont | $400.00 | Johnson, Mike | 1705 16th Street SE<br>Cedar Rapids, IA |
| 2/17/94 | Johnson, Lemont | $1,500.00 | Johnson, Rick | 4400 Waveland Dr NE<br>Cedar Rapids, IA |
| 2/20/94 | Johnson, Lemont | $1,600.00 | Allen, Lisa | 1128 7th Street SE<br>Cedar Rapids, IA |
| 2/28/94 | Johnson, Lemont | $1,000.00 | Johnson, Mike | 1007 14th Street SE<br>Cedar Rapids, IA |
| 3/23/94 | Johnson, Lemont | $1,400.00 | Smith, Brian | 4500 Waveland Dr NE<br>Cedar Rapids, IA |
| 4/10/94 | Johnson, Lemont | $1,400.00 | Johnson, Rick | 4400 Waveland Dr NE<br>Cedar Rapids, IA |

7

| 4/11/94 | Johnson, Lemont | $300.00 | Johnson, Mike | 1015 9th Street SE Cedar Rapids, IA |
| 4/22/94 | Johnson, Lemont | $1,000.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 4/25/94 | Johnson, Lemont | $600.00 | Johnson, Mike | 1706 17th Street SE Cedar Rapids, IA |
| 5/9/94 | Johnson, Lemont | $1,400.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 5/15/94 | Johnson, Lemont | $1,400.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 5/28/94 | Johnson, Lemont | $900.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 5/28/94 | Johnson, Lemont | $800.00 | Johnson, Mike | 2262 C Street SW Cedar Rapids, IA |
| 6/6/94 | Johnson, Lemont | $1,200.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 6/7/94 | Johnson, Lemont | $800.00 | Johnson, Mike | 1015 9th Avenue SE Cedar Rapids, IA |
| 6/12/94 | Johnson, Lemont | $700.00 | Johnson, Mike | 2214 10th Avenue NW Cedar Rapids, IA |
| 6/28/94 | Johnson, Lemont | $1,500.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 7/6/94 | Johnson, Lemont | $1,100.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 7/31/94 | Johnson, Lemont | $1,000.00 | Johnson, Rick | 4500 Waveland Dr NE Cedar Rapids, IA |
| 8/1/94 | Petterson, Craig | $900.00 | Smith, Brian | 4500 Waveland Dr NE Cedar Rapids, IA |
| 8/8/94 | Johnson, Lemont | $1,400.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 8/17/94 | Johnson, Lemont | $1,400.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 8/19/94 | Petterson, Craig | $350.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 8/26/94 | Johnson, Lemont | $900.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |

| 9/7/94 | Johnson, Lemont | $900.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
|---|---|---|---|---|
| 9/21/94 | Johnson, Lemont | $1,400.00 | Smith, Brian | 4500 Waveland Dr NE Cedar Rapids, IA |
| 10/1/94 | Johnson, Lemont | $1,100.00 | Smith, Brian | 4500 Waveland Dr NE Cedar Rapids, IA |
| 10/1/94 | Johnson, Lemont | $900.00 | Johnson, Rick | 4500 Waveland Dr NE Cedar Rapids, IA |
| 10/1/94 | Johnson, Lemont | $1,000.00 | Smith, Brian | 4500 Waveland Dr NE Cedar Rapids, IA |
| 10/17/94 | Petterson, Craig | $1,100.00 | Smith, Brian | 4400 Waveland Dr NE Cedar Rapids, IA |
| 10/30/94 | Johnson, Lemont | $1,400.00 | Smith, Brian | 4500 Waveland Dr NE Cedar Rapids, IA |
| 11/9/94 | Johnson, Lemont | $1,500.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 11/17/94 | Johnson, Lemont | $1,400.00 | Johnson, Rick | 4400 Waveland Dr NE Cedar Rapids, IA |
| 2/17/95 | Johnson, Lemont | $1,400.00 | Smith, Brian | 4400 Waveland Dr NE Cedar Rapids, IA |
| 4/6/95 | Johnson, Lemont | $450.00 | Smith, Brian | 4500 Waveland Dr NE Cedar Rapids, IA |
| 4/11/95 | Johnson, Lemont | $700.00 | Johnson, Mike | 1412 8th Ave SE Cedar Rapids, IA |
| 4/15/95 | Johnson, Lemont | $300.00 | Buford, Will | 912 9th Street SE Cedar Rapids, IA |
| 6/6/95 | Harris, Sandra | $1,300.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 6/24/95 | Harris, Sandra | $950.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 7/1/95 | Pearson, Tony | $1,200.00 | Smith, Mike | 4500 Land Court Cedar Rapids, IA |
| 7/14/95 | Stevenson, Crystal | $85.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 7/18/95 | Pearson, Tony | $900.00 | Smith, Mike | 110 Oak Street Cedar Rapids, IA |

| 7/22/95 | Stevenson, Crystal | $25.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
|---|---|---|---|---|
| 7/26/95 | Pearson, Tony | $450.00 | Smith, Mike | 118 Oak Street Cedar Rapids, IA |
| 8/5/95 | Johnson, Lemont | $300.00 | Buford, Will | 1114 10th Avenue SE Cedar Rapids, IA |
| 8/25/95 | Stevenson, Crystal | $100.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 9/11/94 | Stevenson, Crystal | $320.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 9/22/95 | Stevenson, Crystal | $400.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 10/16/95 | Pearson, Tony | $400.00 | Jones, Mary | |
| 11/21/95 | Snead, Glen | $100.00 | Pearson, Tony | |
| 12/24/95 | Day, Pete | $150.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 1/13/96 | Stevenson, Crystal | $200.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 1/20/96 | Stevenson, Crystal | $500.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 1/27/96 | Adams, Jessica | $75.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 2/3/96 | Sanders, Sara | $100.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 2/3/96 | Stevenson, Crystal | $100.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 2/5/96 | Lewis, Joseph | $300.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 2/9/96 | Stevenson, Crystal | $300.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 2/17/96 | Stevenson, Crystal | $150.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 2/23/96 | Stevenson, Crystal | $250.00 | Pearson, Tony | Cedar Rapids, IA |
| 2/28/96 | Stevenson, Crystal | $200.00 | Pearson, Tony | Cedar Rapids, IA |
| 3/21/96 | Pearson, Tony | $2,200.00 | Hollies, Maria | 690 Marion Blvd Marion, IA |

10

| 3/27/96 | Pearson, Tony | $3,500.00 | McCray, Warren | 690 Marion, Blvd Marion, IA |
| 4/11/96 | Pearson, Tony | $300.00 | Morales, Taily | 2535 5th Avenue Marion, IA |
| 4/15/96 | Stevenson, Crystal | $130.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 4/18/96 | Stevenson, Crystal | $1,000.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 5/10/96 | Stevenson, Crystal | $300.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 5/14/96 | Stevenson, Crystal | $100.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 6/22/96 | Stevenson, Crystal | $100.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 7/8/96 | Washington, Renee | $500.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 7/17/96 | Stevenson, Crystal | $200.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 7/17/96 | Hall, Johnnie | $300.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 7/27/96 | Williams, Sarah | $310.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 8/2/96 | Pearson, Tony | $3,500.00 | McCray, Warren | 690 Marion Blvd Marion, IA |
| 8/3/96 | Pearson, Tony | $250.00 | Pearson, Mary | 2903 F Avenue NW |
| 8/23/96 | Hall, Jonnie | $300.00 | Pearson, Tony | Cedar Rapids, IA |
| 8/27/96 | Pearson, Tony | $500.00 | Jones, Mary | 4002 21st Avenue SW Cedar Rapids, IA |
| 9/13/96 | Reyes, Modesto Jr. | $1,000.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 10/10/96 | Stevenson, Crystal | $300.00 | Pearson, Tony | 525 5th Avenue SE Cedar Rapids, IA |
| 11/23/96 | Snead, Glenn | $100.00 | Pearson, Tony | |
| 4/13/97 | Modesto, Reyes Jr. | $3,000.00 | Wright, Tony | 2110 N. Division Davenport, IA |
| | **TOTAL** | $90,745.00 | | |

11

The investigation has revealed that in most cases the payor or payee identity and/or address are either fictitious or unrelated to one another.

During the time period of the conspiracy, Federal Internal Revenue Service records show LACY E. SNEAD, a/k/a Tony Pearson, a/k/a Craig Pettersen, a/k/a Lemont Johnson, a/k/a Tony Wright, paid no income taxes.

The currency listed above is believed to be proceeds from drug sales or currency used to purchase drugs. When Snead was the recipient or payee of cash, frequently the payout location was Chicago, Illinois. On or about January 3, 1996, Snead, along with Warren McCray, traveled to Chicago, Illinois, to meet with Snead's source of supply and obtained an estimated two kilograms of cocaine. On this trip currency was carried to Chicago.

When Snead was sending currency by Western Union, the payment location would frequently be in Chicago, Illinois.

This in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(l), (a)(1)(B)(l) and 1956(h).

FORFEITURE
COUNT 9

In committing the felony drug offenses alleged in Counts 1-8 of this indictment, GLENDALE SNEAD a/k/a Pete Day, LACY E. SNEAD a/k/a Tony Pearson, a/k/a Craig Pettersen, a/k/a Lemont Johnson, a/k/a Tony Wright and WARREN B. McCRAY, used or intended to use the below described property to commit or facilitate said violations and the below described properties represent proceeds or were derived from proceeds

which GLENDALE SNEAD a/k/a Pete Day, LACY E. SNEAD a/k/a Tony Pearson, a/k/a

Craig Pettersen, a/k/a Lemont Johnson, a/k/a Tony Wright and WARREN B. McCRAY

obtained directly or indirectly as a result of the commission of the aforesaid violations of

Title 21, United States Code, Sections 846 and 841(a)(1), including but not limited to

the following:

1.   690 Marion Boulevard, Marion, Iowa, known as Midwest Autos,
     legally described as:

     All that part of the NW1/4 SW1/4 of Sec. 1-83-7, lying North
     of the Marion Cedar Rapids Boulevard except the right-of-
     way of the Chicago Milwaukee and St. Paul and Pacific
     Railway located in the City of Marion, Linn County, more
     particularly described in a deed recorded in Vol. 702 page
     126 Office of the Linn County Recorder at Cedar Rapids,
     Iowa and as more particularly shown on the plat map and
     survey of Archie D. Conklin dated November 12, 1969

2.   Vehicles:

     Late-model 4-door black Mercedes Benz bearing Florida
     License WDI61F

     1990 4-door grey Lexus LS400, bearing Iowa license YAL 440

3.   Other Property:

     any and all property constituting proceeds or derived from
     any proceeds obtained directly or indirectly as a result of a
     drug trafficking offense.

By virtue of the commission of the felony offenses charged in this indictment by

the defendants, any and all interest GLENDALE SNEAD a/k/a Pete Day, LACY E.

SNEAD a/k/a Tony Pearson, a/k/a Craig Pettersen, a/k/a Lemont Johnson, a/k/a Tony

Wright and WARREN B. McCRAY has in the above described property is vested in the

13

United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

Also, from his engagement in the afore-stated violation, the defendant LACY E. SNEAD shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation; and any and all of said property used or intended to be used in any manner or part to commit and to facilitate the commission of the afore-stated violations charged in Count 8.

In the event that any property, real or personal, involved in the offenses described in this indictment or any property traceable to such property as a result of any act or omission of the defendants (1) cannot be located upon exercise of due diligence; (2) has been transferred or sold to, or deposited with, third parties; (3) has been placed beyond the jurisdiction of this Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty, the forfeiture of any other property of the defendants up to the value of any property described in paragraphs (1) through (2) is demanded to be forfeited to the United States pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

PATRICK J. REINERT
Assistant United States Attorney

14

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | IOWA |
|---|---|---|

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|

**V.**

(For Offenses Committed On or After November 1, 1987)

**LACY EDWARD SNEAD**

Case Number:    1:97CR00015-002

**Date of Original Judgment:** 02/27/1998

Les Stokke

**(Or Date of Last Amended Judgment)**

Defendant's Attorney

## Reason for Amendment:

☐ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(e) or 3583(e))

☒ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P.

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Direct Motion to District Court Pursuant to ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

☒ pleaded guilty to count(s)    1 & 8 of the 10-count 06/16/1997 Superseding Indictment

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.

WITNESS my hand and seal of said Court this ___ day of _April_, 20_08_

By _____
Robert L. Phelps, Clerk

Deputy

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846 | Conspiracy to Distribute Cocaine Base, "Crack Cocaine," a Schedule II Controlled Substance | 06/16/1997 | 1 |
| 18 U.S.C. § 1956 | Conspiracy to Commit money Laundering | 06/16/1997 | 8 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)    2, 4 & 7 of the Pending Indictment    ☐ is    ☒ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

01/26/2001
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Michael J. Melloy, U.S. District Judge
Name and Title of Judicial Officer

2/14/01
Date

AO 245C • (Rev. 9) Case 1:08-cr-00251 Criminal Document 2    Filed 04/07/2008    Page 33 of 35
Sheet 2 — Imprisonment                                                    (NOTE: Identify Changes with Asterisks (*))

Judgment — Page ___2___ of ___4___

DEFENDANT:        LACY E. SNEAD
CASE NUMBER:      1:97CR00015-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of     *132 months                        .  *This term consists of a 132 month term for count 1 and a 132 month term for count 8, terms to run concurrently.  This term also reflects a reduction from the previously imposed term of 180 months on each of counts 1 and 8, to run concurrently.

■     The court makes the following recommendations to the Bureau of Prisons:
      that the defendant participate in the BOP 500 hour residential drug treatment program.

■     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

      ☐     at  _____  ☐  a.m.  ☐  p.m.    on  _____  .

      ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐     before 2 p.m. on  _____  .

      ☐     as notified by the United States Marshal.

      ☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.


_____
                                    UNITED STATES MARSHAL

                  By  _____
                              DEPUTY UNITED STATES MARSHAL

AO 245C    (Rev. 9/00) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release            Case 1:07-cr-00251    Document 2    Filed 04/07/2008    Page 34 of 35    (NOTE: Identify Changes with Asterisks (*))

Judgment—Page ___3___ of ___4___

DEFENDANT:      DAVID RALPH LATHAM
CASE NUMBER:    1:97CR00045-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    5 years

This term consists of a 5 year term for count 1 and a 3year for count 8, terms to run concurrently.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

    future substance abuse.

■   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C (Rev. 9Case nt08-cr-00251 riminal Document 2 Filed 04/07/2008 Page 35 of 35
Sheet 3 — Continued 2 — Supervised Release (NOTE: Identify Changes with Asterisks (*))

Judgment—Page ___4___ of ___4___

DEFENDANT:     LACY E. SNEAD
CASE NUMBER:  1:97CR00015-002

# SPECIAL CONDITIONS OF SUPERVISION

1.  You shall participate in a program of testing bodily fluids and functions and treatment for drug and alcohol abuse as directed by your probation officer, until such time as you are released from the program by your probation officer.

2.  You shall pay any restitution amount remaining upon your release from incarceration pursuant to a payment plan set up for you by your probation officer. Your probation officer shall establish and may periodically modify the payment schedule provided the entire financial obligation is paid no later than the termination of supervision, but in no event not later than 5 years after release from incarceration.

3.  You shall provide your probation officer with access to any requested financial information.

*4.  All other terms and conditions of the defendant's previous sentence remain as originally imposed, including $11,400 in restitution and the $200 special assessment. Four thousand dollars of the restitution amount remains a joint and several obligation with the codefendants in this case.